# CONVENTIONALLY FILED DOCUMENT

This document was submitted to the court for filing in the conventional, hard copy format, not in an electronic format. Consequently, the content of the document is not available for viewing on-line.

The hard copy of this document is kept with other case papers in the court file. It may be viewed in the Clerk's Office where the file is maintained.

Clerk, US District Court
District of Oregon